IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNIE MARTIN JACKSON, | ) | BANKRUPTCY CASE NO.: |
| | ) | 18-31934 |
| DEBTOR. | ) | CHAPTER 13 CASE |

**DEBTOR'S OBJECTION TO TRUSTEE'S NOTICE TO DISMISS**

COMES NOW, the Debtor, by and through the undersigned attorney, and objects to the Trustee's Notice to Dismiss. As grounds for this objection, the Debtor would show unto the Court that she has resumed making her Chapter 13 payments to the Chapter 13 Trustee and shall continue to do so in a timely manner in the future.

RESPECTFULLY SUBMITTED this 13th day of August, 2021.

/s/ Christopher L. Stanfield
Christopher L. Stanfield (STA101)
BROCK & STOUT, LLC.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-393-4357
334-393-0026 Facsimile
bankruptcy@brockandstoutlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator and Sabrina McKinney, Chapter 13 Trustee, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 13th day of August, 2021.

/s/ Christopher L. Stanfield
Christopher L. Stanfield {STA101}
Attorney for Debtor